1   WRIGHT, FINLAY & ZAK, LLP
    Nichole L. Glowin, Esq. SBN 262932
2   4665 MacArthur Court, Suite 280
3   Newport Beach, CA  92660
    Tel: (949) 477-5050; Fax: (949) 608-9142
4   nglowin@wrightlegal.net

5   Attorneys' for Movant,
6   FIRST MIDWEST BANK, its successors and/or assigns

7

8               UNITED STATES BANKRUPTCY COURT

9        CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

10

11  In re:                           )   Case No.: 6:18-bk-16905-MH
                                     )   Chapter: 7
12  TINA M. COCA,                    )
                                     )
13                                   )   **NOTICE OF CONTINUED HEARING ON**
                                     )   **MOTION FOR RELIEF FROM**
14                                   )   **AUTOMATIC STAY**
                     Debtor.         )
15                                   )
                                     )   *Originally Set For:*
16                                   )   Date:   October 16, 2018
                                     )   Time:   10:00 a.m.
17                                   )   Ctrm:   303
                                     )   Place:  3420 Twelfth Street
18                                   )           Riverside, CA 92501
                                     )
19                                   )
                                     )   *Continued To:*
20                                   )   **Date:   January 15, 2019**
                                     )   **Time:   10:00 a.m.**
21                                   )   **Ctrm:   303**
                                     )   **Place:  3420 Twelfth Street**
22                                   )           **Riverside, CA 92501**
                                     )
23                                   )
                                     )
24                                   )
                                     )
25  _____      )

26       **TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY**

27  **JUDGE, THE DEBTOR, THE CHAPTER 7 TRUSTEE, THEIR COUNSEL OF**

28  **RECORD, IF ANY, AND ALL OTHER INTERESTED PARTIES:**

1

NOTICE OF CONTINUED HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

1    **PLEASE TAKE NOTICE** that the hearing on Movant's, FIRST MIDWEST BANK, its

2    successors and/or assigns ("Movant") Motion for Relief from the Automatic Stay ("Motion")

3    regarding the real property located at 2345 Cornell Circle, Corona, CA 92881-6625 ("Property")

4    has been continued from October 16, 2018 at 10:00 a.m. to January 15, 2019 at 10:00 a.m.,

5    before the Honorable Mark D. Houle, United States Bankruptcy Judge, in Courtroom 303, of the

6    United States Bankruptcy Court for the Central District of California, Riverside Division, located

7    at 3420 Twelfth Street, Riverside, CA 92501.

8                                               Respectfully submitted,

9                                               WRIGHT, FINLAY & ZAK, LLP

10   Dated: October 23, 2018              By:    */s/ Nichole L. Glowin*
                                                 Nichole L. Glowin, Esq.
11                                               Attorneys' for Movant, FIRST MIDWEST
12                                               BANK, its successors and/or assigns

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

NOTICE OF CONTINUED HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

1

**<u>PROOF OF SERVICE</u>**

2

3
    I am employed in the County of Orange, State of California.  I am over the age of
eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court,
4
Suite 280, Newport Beach, California 92660.

5
    On October 23, 2018, I served the foregoing document described as **NOTICE OF
CONTINUED HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY,** on
6
the interested parties in this action as follows:

7

8
[X]    by placing [   ] the original [X] a true copy thereof enclosed in sealed envelope(s)
       addressed as follows:

9

10
    **SEE ATTACHED SERVICE LIST**

11
 [X]    (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the
        United States mail at Newport Beach, California. I am readily familiar with the firm's
12
        business practice for collection and processing of correspondence for mailing with the
        U.S. Postal Service pursuant to which practice the correspondence is deposited with the
13
        U.S. Postal Service the same day in the ordinary course of business.

14
[X]    (BY ELCTRONIC SERVICE) Pursuant to CM/ECF System, registration as a CM/ECF
15
        user constitutes consent to electronic service through the Court's transmission facilities.
        The Court's CM/ECF systems sends an e-mail notification of the filing to the parties and
16
        counsel of record listed above who are registered with the Court's EC/ECF system.

17

18
[X]    (FEDERAL) I declare that I am employed in the office of a member of the bar of this
        court at whose direction the service was made.
19

20
    I declare under the penalty of perjury of the laws of the United States that the foregoing
is true and correct. Executed on October 23, 2018, at Newport Beach, California.
21

22
       /s/ Jodi Miller
         JODI MILLER
23

24

25

26

27

28

3

NOTICE OF CONTINUED HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

1

2

**SERVICE LIST**
BK Case No.: 6:18-bk-16905-MH
In re Tina M. Coca

3

4

**PARTIES SERVED BY ECF ELECTRONIC MAIL:**

5

Emilia N. McAfee, Counsel for Debtor: emilia@welegalapc.com
United States Trustee: ustpregion16.rs.ecf@usdoj.gov

6

Robert Whitmore, Chapter 7 Trustee: rswtrustee@yahoo.com

7

**PARTIES SERVED BY U.S. MAIL:**

8

Tina M Coca

9

2345 Cornell Cir
Corona, CA 92881-6625

10

DEBTOR

11

Emilia N McAfee

12

WE-Legal, APC
11801 Pierce St Ste 200

13

Riverside, CA 92503
COUNSEL FOR DEBTOR

14

15

Robert Whitmore (TR)
3600 Lime St Ste 616

16

Riverside, CA 92501
CHAPTER 7 TRUSTEE

17

18

Honorable Mark D. Houle
3420 Twelfth Street, Suite 365 / Courtroom 303

19

Riverside, CA 92501-3819
COURT

20

21

New Penn Financial
Attn: Managing Agent

22

400 Chemical Road, Ste. 200
Plymouth Meeting, PA 19462

23

SENIOR LIENHOLDER

24

25

New Penn Financial
Attn: CSC Lawyers Inc. Service, Agent for Service

26

2710 Gateway Oaks Drive Ste 150N
Sacramento, Ca 95833

27

SENIOR LIENHOLDER

28

4

NOTICE OF CONTINUED HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Shellpoint Mortgage servicer for New Penn Financial
Attn: Managing Agent
75 Beattie Place, Ste. 300
Greenville, SC 29601-2138
SENIOR LIENHOLDER

Solarmax Renewable Energy
Attn: Jessie W. Chen, Agent for Service
3080 12th Street
Riverside, CA 92507-4903
JUNIOR LIENHOLDER

NOTICE OF CONTINUED HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY